# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ARQUINCY LEE CARR,<br><br>     Plaintiff,<br><br>v.<br><br>RYAN HILL, D. NAEF, and LASHONDA GRAY,<br><br>     Defendants. | Case No. 24-CV-74-JPS<br><br>**ORDER** |
| ARQUINCY LEE CARR,<br><br>     Plaintiff,<br><br>v.<br><br>DAVID ZOERNER, LT. KURT MIKUTIS, SGT. J. PARKER, SGT. BERNHARDT, and CPL. D. HAYNES,<br><br>     Defendants. | Case No. 24-CV-154-JPS<br><br>**ORDER** |
| ARQUINCY LEE CARR,<br><br>     Plaintiff,<br><br>v.<br><br>POLLYANNA KABARA and BIJI JOSEPH,<br><br>     Defendants. | Case No. 24-CV-255-JPS<br><br>**ORDER** |

| | |
|---|---|
| ARQUINCY LEE CARR,<br><br>              Plaintiff,<br><br>v.<br><br>DAVID ZOERNER, DSO AKER, DSO MOLINARO, DSO GLORIA GALVAN, CPL. N. PUCHTER, SGT. LASHONDA GRAY, T. KNAUPF, SGT. MATTHEW BERNHARDT, UNKNOWN #1, UNKNOWN #2, and UNNAMED NURSE,<br><br>              Defendants. | Case No. 24-CV-444-JPS<br><br>**ORDER** |
| ARQUINCY LEE CARR,<br><br>              Plaintiff,<br><br>v.<br><br>POLLYANNA KABARA, BIJI JOSEPH, KATHLEEN WOESTE, CARLY SMOUSE, MARIAH AHLES, MARCUS JACKSON, ABISULA WAJUADE, and DAVID ZOERNER,<br><br>              Defendants. | Case No. 24-CV-571-JPS<br><br>**ORDER** |
| ARQUINCY LEE CARR,<br><br>              Plaintiff,<br><br>v.<br><br>LT. JEREMY BECK, BRIAN GREFF, CAPTAIN THEANDER, VICKIE REISEN, D. CROMWELL, and DAISY C. CHASE,<br><br>              Defendants. | Case No. 24-CV-1150-JPS<br><br>**ORDER** |

| | |
|---|---|
| ARQUINCY LEE CARR,<br><br>        Plaintiff,<br><br>v.<br><br>CAPTAIN TONIA ROZMARYNOWSKI, LT. KING, CAPTAIN MICHAEL SCHULTZ, and C. STEVENS,<br><br>        Defendants. | Case No. 24-CV-1151-JPS<br><br>**ORDER** |
| ARQUINCY LEE CARR,<br><br>        Plaintiff,<br><br>v.<br><br>RACHAEL MATHUSHAK, K. VANDERBUSH, DEREK HENNING, and S. GARLAND,<br><br>        Defendants. | Case No. 24-CV-1152-JPS<br><br>**ORDER** |
| ARQUINCY LEE CARR,<br><br>        Plaintiff,<br><br>v.<br><br>E. QUINTANA, D. MACDONALD, KURT MIKUTIS, DAVID ZOERNER, and SGT. PARKER,<br><br>        Defendants. | Case No. 24-CV-1224-JPS<br><br>**ORDER** |

Plaintiff ArQuincy Lee Carr, an inmate currently at Green Bay Correctional Institution, has filed nine cases within the last nine months. All of Plaintiff's cases are § 1983 civil rights cases and many are brought

against the same group of defendants with some exceptions. Specifically, Plaintiff has filed the following cases:

| Date Filed | Case Number | Disposition |
|---|---|---|
| 1/19/2024 | 24-CV-74 | Pending (pre-screening) |
| 2/5/2024 | 24-CV-154 | Pending (pre-screening) |
| 2/26/2024 | 24-CV-255 | Pending (post-screening) |
| 4/12/2024 | 24-CV-444 | Pending (pre-screening) |
| 5/8/2024 | 24-CV-571 | Pending (pre-screening) |
| 9/10/2024 | 24-CV-1150 | Pending (pre-screening) |
| 9/10/2024 | 24-CV-1151 | Pending (pre-screening) |
| 9/10/2024 | 24-CV-1152 | Pending (pre-screening) |
| 9/25/2024 | 24-CV-1224 | Pending (pre-screening) |

The right of access to federal courts is not absolute. *In re Chapman*, 328 F.3d 903, 905 (7th Cir. 2003) (citing *United States ex rel. Verdone v. Circuit Court for Taylor Cnty.*, 73 F.3d 669, 674 (7th Cir. 1995)). Individuals are "only entitled to meaningful access to the courts." *Id.* (citing *Lewis v. Casey*, 518 U.S. 343, 351 (1996)). "Every paper filed . . . no matter how repetitious or frivolous, requires some portion of the institution's limited resources. A part of the Court's responsibility is to see that these resources are allocated in a way that promotes the interests of justice." *In re McDonald*, 489 U.S. 180, 184 (1989). A federal court's inherent powers include "the ability to fashion an appropriate sanction for conduct which abuses the judicial process." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44–45 (1991). The All Writs Act, 28 U.S.C. § 1651(a), gives district courts the "inherent power to enter pre-filing orders against vexatious litigants." *Orlando Residence Ltd. v. GP Credit Co., LLC*, 609 F. Supp. 2d 813, 816–17 (E.D. Wis. 2009) (citing *Molski v. Evergreen*

*Dynasty Corp.*, 500 F.3d 1047, 1057 (9th Cir. 2007)). "A filing restriction must, however, be narrowly tailored to the type of abuse, and must not bar the courthouse door absolutely." *Chapman v. Exec. Comm.*, 324 Fed. App'x 500, 502 (7th Cir. 2009) (citations omitted). "Courts have consistently approved filing bars that permit litigants access if they cease their abusive filing practices," but have "rejected as overbroad filing bars in perpetuity." *Id.* (citations omitted); *Smith v. United States Cong.*, No. 19-CV-1001-PP, 2019 WL 6037487, at *9 (E.D. Wis. Nov. 14, 2019).

Under the circumstances presented by Plaintiff having filed nine cases within nine months, the Court finds it appropriate to impose a filing bar limiting Plaintiff to proceeding with only two cases before this branch of the Court at any one time. Accordingly, the Court will order Plaintiff to file a letter with the Court within thirty days of this Order indicating which two of his nine open cases (24-CV-74, 24-CV-154, 24-CV-255, 24-CV-444, 24-CV-571, 24-CV-1150, 24-CV-1151, 24-CV-1152, 24-CV-1224) he would like to proceed. The remaining seven cases will then be administratively closed subject to a motion to reopen after such time as the number of Plaintiff's pending cases falls below two. Plaintiff may move to modify or rescind this bar no earlier than three years after the date of this Order. *See Smith,* 2019 WL 6037487, at *11.

Accordingly,

**IT IS ORDERED** that Plaintiff ArQuincy Lee Carr is **BARRED** from filing any new civil cases in this district until such time as the number of his pending cases is reduced to two before this branch of the Court;

**IT IS FURTHER ORDERED** that, consistent with the terms of this Order, Plaintiff must file a letter with the Court on or before **November 8, 2024** indicating which two of his nine open cases before this Court (24-CV-

74, 24-CV-154, 24-CV-255, 24-CV-444, 24-CV-571, 24-CV-1150, 24-CV-1151, 24-CV-1152, 24-CV-1224) he would like to proceed; and

**IT IS FURTHER ORDERED** that, consistent with the terms of this Order, the Clerk of Court shall return any new case filings received from, or on behalf of, ArQuincy Lee Carr, back to him unfiled, together with a copy of this Order.

Dated at Milwaukee, Wisconsin, this 9th day of October, 2024.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge